

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN X BELL,<br>a/k/a Omar Abdel-Al-Mumit, John Bell, and<br>John James Bell,<br>    Plaintiff,<br><br>vs.<br><br>DANIEL E. SHEAROUSE et al.,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:11-506-HFF-BHH<br>§<br>§<br>§ |

# ORDER

This case was filed as a 42 U.S.C. § 1983 action. Plaintiff is proceeding pro se. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that (1) the action be dismissed without prejudice and without issuance and service of process and, (2) this case be deemed a strike for purposes of the "three strikes" rule of 28 U.S.C. § 1915(g). The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 28, 2011, and the Clerk of Court entered Plaintiff's objections to the Report on April 5, 2011. The Court has reviewed Plaintiff's objections, but finds them to be without merit. Therefore, it will enter judgment accordingly.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Plaintiff's objections, adopts the Report to the extent that it does not contradict this Order, and incorporates it herein. Therefore, it is the judgment of this Court that (1) the action is **DISMISSED** without prejudice and without issuance and service of process and, (2) this case will not be deemed a strike for purposes of the "three strikes" rule of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**.

Signed this 28th day of April, 2011, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.